UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN OCCENAT,

      Plaintiff,

-vs-                                    Case No. 6:11-cv-1965-Orl-19GJK

A.R.F. FACILITY, JERRY L. DEMINGS,
FRANK CHISARI, ALYCE PAYNE,

      Defendants.
_____

## ORDER OF DISMISSAL

On January 9, 2012, the Court ordered Plaintiff to file a second amended complaint within twenty-one days from the date of the Order (Doc. No. 9). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. By the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this __8th_____ day of February, 2012.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 2/7
Jonathan Occenat